# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEROME MANNING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SWEDISH MEDICAL CENTER, et al.<br><br>　　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C15-0949JLR |

__　　**Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X 　　**Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant Swedish Medical Center's motion for summary judgment (Dkt. # 33) is GRANTED and this case is DISMISSED with prejudice (Dkt. # 50).

　　Filed this 3rd day of October, 2016.


　　　　　　　　　　　　　　　　　WILLIAM M. MCCOOL
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　 s/Casey Condon
　　　　　　　　　　　　　　　　　Deputy Clerk